# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON SPRECHER, | ) |
| | ) Civil Case No. 4:20-cv-03196 |
| *Plaintiff*, | ) |
| | ) **LIST OF INTERESTED PARTIES OR** |
| vs. | ) **PERSONS** |
| | ) |
| DESHAUN WATSON, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

Pursuant to the Court Order dated September 15 2020 (Dkt. No. 3), the undersigned certifies that as of this date, other than the named parties, Plaintiff is not presently aware of any additional interested parties.

Dated:   September 30, 2020

Respectfully submitted,

/s/ Kevin McCulloch
Kevin P. McCulloch, Esq.
The McCulloch Law Firm, PLLC
501 Fifth Avenue, Suite 1809
New York, New York 10017
T: (212) 355-6050
F: (206) 219-6358
kevin@mkiplaw.com