Kevin P. McCulloch (S.D. Tex. Bar No. 3574874)
Nate A. Kleinman (S.D. Tex. Bar No. 3574873)
McCULLOCH KLEINMAN LAW
501 Fifth Avenue, Suite 1809
New York, New York 10017
T: (212) 355-6050
F: (206) 219-6358
kevin@mkiplaw.com
nate@mkiplaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| AARON M. SPRECHER, | Civil Case No. 4:20-cv-03196 |
| --- | --- |
| Plaintiff, | Hon. Andrew S. Hanen |
| v. | |
| DESHAUN WATSON, | |
| Defendant. | |

## STIPULATION TO EXTEND FILING DEADLINE

Plaintiff Aaron Sprecher ("Plaintiff") and Defendant Deshaun Watson ("Defendant") by and through undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is currently November 30, 2020 (Dkt. No. 6);

**WHEREAS**, the parties wish to extend Defendant's response deadline by forty-five (45) days to explore settlement discussions;

**IT IS HEREBY STIPULATED**, by and between the parties that, subject to Court approval, Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to January 15, 2021.

Respectfully submitted this 30th day of November, 2020.

By: /s/ Deshaun Watson
Deshaun Watson

By: /s/ Nate Kleinman
Nate Kleinman, Esq.
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Tel: (212) 355-6050
nate@mkiplaw.com

*Counsel for Plaintiff*