United States District Court
Southern District of Texas
**ENTERED**
December 07, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON M. SPRECHER,<br><br>*Plaintiff,*<br><br>v.<br><br>DESHAUN WATSON,<br><br>*Defendant.* | Civil Case No. 4:20-cv-03196<br><br>Hon. Andrew S. Hanen |

### ORDER GRANTING STIPULATION TO EXTEND FILING DEADLINE

The Court having considered the parties' stipulated request to extend Defendant's deadline to respond to the Complaint in this action;

**IT IS HEREBY ORDERED** that Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to January 15, 2021.

SO ORDERED.

Date: 12/7/20

Hon. Andrew S. Hanen, U.S.D.J.