Kevin P. McCulloch (S.D. Tex. Bar No. 3574874)
Nate A. Kleinman (S.D. Tex. Bar No. 3574873)
MCCULLOCH KLEINMAN LAW
501 Fifth Avenue, Suite 1809
New York, New York 10017
T: (212) 355-6050
F: (206) 219-6358
kevin@mkiplaw.com
nate@mkiplaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON M. SPRECHER,<br><br>    *Plaintiff*,<br><br>v.<br><br>DESHAUN WATSON,<br><br>    *Defendant*. | Civil Case No. 4:20-cv-03196<br><br>Hon. Andrew S. Hanen |

## STIPULATION TO EXTEND FILING DEADLINE

Plaintiff Aaron Sprecher ("Plaintiff") and Defendant Deshaun Watson ("Defendant") by and through undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint was January 26, 2021 (*see* Dkt. No. 10);

**WHEREAS,** the parties wish to extend Defendant's response deadline by twenty-eight (28) days as they continue to engage in settlement discussions;

1

IT IS HEREBY STIPULATED, by and between the parties that, subject to Court approval, Defendant's deadline to answer or otherwise respond to the First Amended Complaint shall be extended to February 23, 2021.

Respectfully submitted this 1st day of February, 2021.

By: _____
Deshaun Watson

By: _____
Nate Kleinman, Esq.
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Tel: (212) 355-6050
nate@mkiplaw.com

*Counsel for Plaintiff*