# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

AARON SPRECHER,

    *Plaintiff,*

    *v.*

DESHAUN WATSON,

    *Defendant*.

Case No. 4:20-cv-03196

Hon. Andrew S. Hanen

## NOTICE TO COURT REGARDING SETTLEMENT

Plaintiff Aaron Sprecher ("Plaintiff"), by and through undersigned counsel, hereby provides notice to the Court that the parties have reached a settlement in principle that resolves Plaintiff's claims against Defendant in this action. The parties thus jointly request that the Court adjourn all deadlines in this case for thirty (30) days in order to give the parties time to finalize their agreement, at which point Plaintiff will file a notice of dismissal.

Respectfully submitted this 24th day of February 2021.

*s/ Kevin P. McCulloch*
Kevin P. McCulloch (*pro hac vice*)
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, New York 10017
*Counsel for Plaintiff*
